# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON KELLY, | ) No. CV 23-5940-MCS (JPR) |
| Plaintiff, | ) **ORDER ACCEPTING MAGISTRATE** |
| v. | ) **JUDGE'S REPORT AND RECOMMENDATION** |
| M. ROSALES et al., | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Defendants' motion to dismiss, the other records on file herein, the Magistrate Judge's Report and Recommendation, Plaintiff's Objections to the R. & R., and Defendants' Reply to Plaintiff's Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1. Defendants' motion to dismiss is granted.
2. Plaintiff's federal claims are dismissed with prejudice.
3. Plaintiff's state-law claims are dismissed without prejudice.
4. Judgment be entered consistent with this order.

5. The clerk serve this Order on all counsel or parties of record.

DATED: February 7, 2024

*Mark C. Scarsi*
_____
MARK C. SCARSI
U.S. DISTRICT JUDGE