JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON KELLY, | Case No. CV 23-5940-MCS (JPR) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| M. ROSALES et al., | |
| Defendants. | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that Plaintiff's federal claims are dismissed with prejudice, Plaintiff's state-law claims are dismissed without prejudice, and Judgment be entered in Defendants' favor.

DATED: February 7, 2024

_____
MARK C. SCARSI
U.S. DISTRICT JUDGE